# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHERRY D. SMITH,<br><br>Defendant. | No. 2:14-PO-266-JTR<br><br>ORDER GRANTING MOTION TO DISMISS |

Before the Court is Defendant's Motion to Dismiss. ECF No. 25.

The Court has reviewed the reasons for the request and finds good cause to grant the Motion.

**IT IS ORDERED** that the Defendant's Motion to Dismiss, **ECF No. 25,** is **GRANTED**.

DATED October 14, 2015.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1